# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>vs.<br><br>JESUS ALONZO VELASQUEZ-NUNEZ,<br><br>                     Defendant. | Case No. 18CR5171-CAB<br><br>JUDGMENT ~~OF DISMISSAL~~<br><br>FILED<br>NOV 14 2019<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Title 8, U.S.C., Sec. 1325 – Unlawful Entry by an Alien (Felony); Title 8, U.S.C., Sec. 1326(a) and (b) – Removed Alien Found in the United States

Dated: 11/13/2019

Hon. Cathy Ann Bencivengo
United States District Judge